October 2, 1978

395 A.2d 959

Albo et al., Appellants, et al. v. Kaytes et al.

Argued September 13, 1978. Henry J. Sommer, for appellants; No appearance entered nor brief submitted for appellees, Edwards; A. Martin Herring, for appellees, Kaytes, Adal Corp., and Commercial Banking Corp.; Jeffrey P. Lowenthal, for appellees, Shore, Weiner, Einstein, and Sidcon Corp.; Noah D. Cutler, for appellees, Keyne, Kelsey-Barber Corp., and Lieberman; James D. Crawford, for appellees, IVB and Girard Consumer Discount Co.; Frank H. Griffin, III, for appellee, Girard Trust Bank.

Before PRICE, HESTER and HOFFMAN, JJ.

Orders affirmed.